# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**HENRY WARREN,**<br><br>　　　　　　**Defendant.** | **Case No.  CR07-5716**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES**<br>**(Defendant Detained)** |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services

**The plaintiff appears through Special Assistant United States Attorney CAPTAIN FISHER;**
　　　　　　　　　　　　 ;
**The defendant appears personally and represented by counsel, JEROME KUH;**

**The defendant has been advised of the allegation(s) and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and <u>has freely and voluntarily admitted that he violated the conditions of pre-trial supervision under bond by consuming alcohol on or before November 30, 2007.</u>  The defendant is charged under this caption with Driving While Under the Influence; he has a prior conviction for Driving While Under the Influence.**

　　**Accordingly the court finds that the defendant has violated the conditions of his bond and Pre-Trial Supervision.**

　　**Defendant is ordered detained for failing to show that he willl not pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

　　　　　　　　　　　　　　　　　　　　**December 3, 2007.**


　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1